UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Petitioner,

v.                                        Case No. 11-misc-51

MARK A. DANIELS,

       Respondent.

**ORDER**

Upon conducting a show cause hearing on December 22, 2011, the Court hereby ORDERS that the respondent, Mark A. Daniels, appear before Internal Revenue Service ("IRS") Revenue Officer Megan Salazar, at 1901B East Capitol Drive, Appleton, Wisconsin, 54911, on January 26, 2011, at 10:00 a.m.

The Court further ORDERS that the respondent fully comply with the IRS summons that was served on the respondent on June 3, 2011, to which the respondent has yet to fully respond, by January 26, 2011.

Entered this \_\_11th\_\_ day of January, 2011.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge